IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAFEE ALMREY,<br><br>                Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>                Defendants. | CASE NO. 1:23-cv-01699-KES-EPG<br><br>STIPULATION AND ORDER FOR TEMPORARY STAY<br><br>(ECF No. 10). |

     The Defendants respectfully request to stay this case through July 23, 2025, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudicating his pending asylum application, which he filed in October 2016. USCIS has scheduled Plaintiff's asylum interview for March 25, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days.

///

///

///

///

The parties therefore stipulate that this matter be stayed through July 23, 2025.  The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated:  March 27, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ NAZ GHAZI
NAZ GHAZI
Counsel for Plaintiff

**ORDER**

Based on the parties' stipulation (ECF No. 10), IT IS ORDERED as follows:

1. All deadlines and accompanying requirements, including the initial scheduling conference set for April 11, 2024, are vacated. (ECF No. 7).
2. This case is stayed through July 23, 2024.[1]
3. By no later than July 23, 2024, the parties shall file an appropriate dispositional document, or, alternatively, a joint status report advising the Court of how they intend to progress this case.

IT IS SO ORDERED.

Dated:   **March 28, 2024**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The stipulation requests a stay until July 23, 2025. The Court assumes that this was a typographical error as the stipulation states that the adjudication of Plaintiff's application will occur within 120 days, which will be around July 23, 2024. However, if the parties desire a stay until July 23, 2025, they may request an extension of the stay in a filing explaining why such a lengthy extension is warranted.