IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAFEE ALMREY,<br><br>                    Plaintiff,<br><br>      v.<br><br>USCIS, ET AL.,<br><br>                    Defendant. | CASE NO.  1:23-cv-01699-KES-EPG<br><br>REQUEST FOR EXTENSION OF TEMPORARY STAY AND ORDER<br><br>(ECF No. 12) |

      The Defendants respectfully request to continue the stay on this case that is currently in effect through July 23, 2025, and counsel for Plaintiffs does not oppose.  The parties filed a stipulation, in which they represented to the Court that U.S. Citizenship and Immigration Services ("USCIS") has scheduled Plaintiff's asylum interview for March 25, 2025, and requested to temporarily stay this case in the anticipation that Defendants' voluntary actions will be rendered moot.  (ECF 10.)  The parties indicated in the stipulation that USCIS "will endeavor" to complete its adjudication of Plaintiff's application "within 120 days."  (*Id*. at 1.)

      The Court granted a temporary stay of this litigation, but only through July 23, 2024.  (ECF 11.) The Court noted that it assumes the parties' request for a stay through July 23, 2025 "was a typographical error as the stipulation states that the adjudication of Plaintiff's application will occur within 120 days, which will be around July 23, 2024."  (*Id.* at p. 3)

The Defedants apologize for any confusion this representation (understandably) created and clarify that USCIS is representing that it will endeavor to complete its adjudication of Plaintiff's application within 120 days *following the successful completion of the interview*, which is currently scheduled for March 25, 2025.  The Los Angeles Asylum Office—the USCIS office where Plaintiff's application is venued—is facing a historical backlog and Plaintiff was assigned the first available interview date.

The parties affirm that they anticipate this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application following the March 25, 2025 interview, and an extension of the temporary stay through July 23, 2025 is appropriate to avoid the unnecessarily expenditure of judicial resources on this litigation.  Accordingly, the parties stipulate to extend the temporary stay of this case through July 23, 2025.  The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated:  April 1, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ NAZ GHAZI
NAZ GHAZI
Counsel for Plaintiff

**ORDER**

Based on the parties' stipulation (ECF No. 12), IT IS ORDERED as follows:

1. The stay in this case is extended through July 23, 2025.
2. By no later than July 23, 2025, the parties shall file an appropriate dispositional document, or, alternatively, a joint status report advising the Court of how they intend to progress this case.

IT IS SO ORDERED.

Dated:   **April 2, 2024**                                  /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE